

# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2019

No. 04-18-00118-CV

Jesus **VIRLAR,** M.D. and GMG Health Systems Associates, P.A., a/k/a and d/b/a Gonzaba
Medical Group,
Appellants

v.

Jo Ann **PUENTE,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04936
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellee's motion for leave to file response to appellants' post-submission letter brief is
Granted.

It is so **ORDERED** on this 5th day of April, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE
Clerk of Court